IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv312

| | |
|---|---|
| TEXTRON FINANCIAL CORP., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **O R D E R** ) |
| SEVEN FALLS GOLF AND RIVER CLUB, LLC; KEITH VINSON; and PAULA VINSON, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court *sua sponte*.

On March 26, 2010, the Plaintiff filed a Motion for Approval of Bond and Surety [Doc. 30]. Pursuant to the Local Rules, the deadline for Defendant Seven Falls Golf and River Club, LLC (Seven Falls) to respond to this motion is April 12, 2010. See LCvR 7.1(E). The Court finds, however, that the circumstances of this case warrant an expedited response to the Plaintiff's motion.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant Seven Falls shall file its response to the Plaintiff's Motion for Approval of Bond and Surety on or before **April 1, 2010**.

**IT IS SO ORDERED.**

Signed: March 30, 2010

Martin Reidinger
United States District Judge