**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:09cv312**

| | | |
|---|---|---|
| **TEXTRON FINANCIAL CORP.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **SEVEN FALLS GOLF AND RIVER CLUB, LLC; KEITH VINSON; and PAULA VINSON,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion for an

Order Relieving the Parties of the Obligation to Mediate. [Doc. 42]. The

Court held a hearing on this motion on September 1, 2010.

The parties jointly move the Court to relieve them of the obligation to

mediate this case. While the Court finds that the parties have not stated

good cause to grant the requested relief, the Court will allow the parties

additional time for settlement negotiations and mediation.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties' Joint

Motion for an Order Relieving the Parties of the Obligation to Mediate [Doc.

42] is **DENIED**.

**IT IS FURTHER ORDERED** that the deadline for completing mediation in this case is hereby **EXTENDED** to **October 1, 2010**.  All other deadlines set forth in the Pretrial Order and Case Management Plan, as amended, shall remain in effect.

**IT IS SO ORDERED.**

Signed: September 6, 2010

Martin Reidinger
United States District Judge