IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv312

| TEXTRON FINANCIAL CORP., | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | **O R D E R** |
| SEVEN FALLS GOLF AND RIVER CLUB, LLC; KEITH VINSON; and PAULA VINSON, | ) |  |
| Defendants. | ) |  |

**THIS MATTER** is before the Court on the Plaintiff Textron Financial Corporation's Motion Pursuant to Rule 41 to Dismiss Its Second Claim for Relief in the Amended Complaint [Doc. 47]. The Defendants have not responded to the Plaintiff's Motion.

For the reasons stated in the motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion Pursuant to Rule 41 to Dismiss Its Second Claim for Relief in the Amended Complaint [Doc. 47] is **ALLOWED**, and the Plaintiff's Second Claim for Relief is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: February 28, 2011

*[Signature]*

Martin Reidinger
United States District Judge