**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:09cv312**

| | |
|---|---|
| **TEXTRON FINANCIAL CORP.,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) |
| **SEVEN FALLS GOLF AND** | ) |
| **RIVER CLUB, LLC; KEITH** | ) |
| **VINSON; and PAULA VINSON,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

# J U D G M E N T

For the reasons stated in the Court's Order entered January 25,

2011,

**IT IS, THEREFORE, ORDERED** that Textron Financial Corporation's

Motion Pursuant to Rule 56 for Partial Summary Judgment Against Seven

Falls Golf and River Club, LLC and Against Keith Vinson and Paula Vinson

[Doc. 44] is **GRANTED**, and judgment is hereby entered in favor of the

Plaintiff Textron Financial Corporation as to liability and damages on

Textron's breach of contract claims against the Defendants, jointly and

severally, in the amount of $627,706.20.

**IT IS FURTHER ORDERED** that the Plaintiff's Motion Pursuant to Rule 41 to Dismiss Its Second Claim for Relief in the Amended Complaint [Doc. 47] is **ALLOWED**, and the Plaintiff's Second Claim for Relief is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: February 28, 2011

Martin Reidinger
United States District Judge